AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00143 |
| Nolan B. Cooke | ) Assigned to: Judge Robin M. Meriweather |
| xx-xx-xxxx | ) Assign Date: 1/21/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Acts during civil disorder |
| 18 U.S.C. § 1752 (a)(1) and (2) | Entering/remaining on restricted buildings or grounds & Disorderly/ disruptive conduct in or near restricted building or grounds |
| 40 U.S.C. § 5104(e)(2)(D) | Unlawful activities on Capitol grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jamie Vera, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/21/2021

*Judge's signature*

City and state: Washington, District of Columbia     Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*