IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOLAN B. COOKE,<br><br>Defendant. | CRIMINAL NO. 21-MJ-143 (RMM) |

## GOVERNMENT'S STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this status report.

On January 21, 2021, defendant was arrested on a criminal complaint charging him with violations of: 18 U.S.C. § 231(a)(3) (Acts during civil disorder); 18 U.S.C. 1752(a)(1) and (2) (Entering/Remaining on restricted building or grounds and Disorderly/disruptive conduct in or near restricted buildings or grounds), and 40 U.S.C. § 5104 (e)(2)(D) (Unlawful activities on Capitol grounds). On January 22, 2021, defendant had his initial appearance in the Southern District of Texas. Defendant had had his initial appearance in this district on January 28, 2021. At that time, the case was set for a preliminary hearing on February 11, 2021.

Government counsel has since spoken with counsel for defendant (Mr. Don Flanary), who has represented to government counsel that: (1) defense counsel is working on his pro hac vice motion; (2) once this motion is granted, defense counsel intends to file a waiver of preliminary hearing and a waiver of the 30-day requirement for indictment under the Speedy Trial Act, 18

U.S.C. § 3161(b). Further, with the consent of the government, the defense intends to request that a status conference be set in this matter on March 10, 2021.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar No. 4444188

By:   */s/Jolie F. Zimmerman*
       Jolie F. Zimmerman
       D.C. Bar No. 465110
       Assistant U.S. Attorney
       United States Attorney's Office
       555 Fourth St., NW
       Washington, D.C. 20001
       202-252-7220
       Jolie.Zimmerman@usdoj.gov