UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case: 1:21-mj-00143 |
| ) | |
| NOLAN B. COOKE ) | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney Donald H. Flanary, III *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Donald H. Flanary, III, filed herewith. As set forth in Mr. Flanary's declaration, he is admitted and an active member in good standing to the following courts and bars: the Texas Bar, the U.S. Supreme Court, U.S. Court of Appeals for the Fifth Circuit, U.S. District Court for the Northern District of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas. This motion is supported and signed by Jay P. Mykytiuk, an active and sponsoring member of the Bar of this Court.

Dated this 8th day of February 2021.

                                                                          Respectfully Submitted

                                                                          */s/ Jay P. Mykytiuk*
                                                                          Jay P. Mykytiuk
                                                                          DC Bar No.: 976596
                                                                          Scrofano Law, PC
                                                                          406 5th Street NW, Suite 120
                                                                          Washington, DC 20001
                                                                          Telephone: (202) 630-1522

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case: 1:21-mj-00143** |
| ) | |
| **NOLAN B. COOKE** ) | |

### DECLARATION OF DONALD H. FLANARY, III
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Donald H. Flanary, III, hereby declare:

1. My name, office address, and telephone number are as follows:

Donald H. Flanary, III
Flanary Law Firm, PLLC
214 E. Ashby Pl
San Antonio, Texas 78212
Telephone: (210) 738-8383
Fax: (210) 728-3438
donflanary@hotmail.com

2. I have been admitted to the following courts and bars:

Supreme Court of Texas (Nov. 5, 2004) (Tex. Bar. No. 24045877)
U.S. Supreme Court (Jan. 10, 2011)
U.S. Court of Appeals for the Fifth Circuit (Dec. 8, 2004)
U.S. District Court for the Northern District of Texas (Dec. 6, 2011)
U.S. District Court for the Southern District of Texas (Aug. 12, 2005)
U.S. District Court for the Western District of Texas (Mar. 4, 2005)
U.S. District Court for the Eastern District of Texas (Jul. 23, 2014)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have never been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the following is true and correct. Executed in San Antonio, Texas, this 8th day of February 2021.

Dated this 8th day of February 2021.

Respectfully submitted,

*/s/ Donald H. Flanary, III*
Donald H. Flanary, III
Tex. Bar. No. 24045877
FLANARY LAW FIRM, PLLC
214 E. Ashby Pl
San Antonio, Texas 78212
Telephone: (210) 738-8383
Fax: (210) 728-3438
donflanary@hotmail.com

Attorney for Defendant Noland B. Cooke