AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>NOLAN B. COOKE<br>*Defendant* | )<br>)<br>) Case No.  21-MJ-143 (RMM)<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2-8-21

*Defendant's signature*
ID AS6Rxgg7bkXLzGEa5oCUVsFf

*Signature of defendant's attorney*

Donald H. Flanary, III.; Texas SBN: 24045877, pending *pro hac vice*
*Printed name and bar number of defendant's attorney*

214 E. Ashby Pl., San Antonio, Texas 78212
*Address of defendant's attorney*

donflanary@hotmail.com
*E-mail address of defendant's attorney*

210-738-8383
*Telephone number of defendant's attorney*

210-728-3438
*FAX number of defendant's attorney*

Jay Mykytiuk, DC bar # 976596
Scrofano Law, PC
406 5th Street NW, Suite 120
jpm@scrofanolaw.com
202-630-1522