IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | 21-mj-143 (RMM) |
| **NOLAN B. COOKE** | § | |

## WAIVER OF SPEEDY TRIAL

**TO THE HONORABLE ROBIN M. MERIWEATHER, UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF COLUMBIA:**

I have been advised of my 30-day right to a speedy indictment and my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy indictment and speedy trial under the Act and consent to continuing my deadline for indictment and trial date. I understand the period of continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

Respectfully submitted:

_____
Defendant Nolan Cooke          Date:

Donald H. Flanary III.
State Bar No. 24045877
FLANARY LAW FIRM, PLLC
214 E. Ashby Pl.
San Antonio, Texas 78212
(210) 738-8383
(210) 728-3438 [Telecopier]

By:   /s/ *Donald H. Flanary, III.*
         Donald H. Flanary, III.
         Texas State Bar No. 24045877

         */s/ Jay P. Mykytiuk*
         Jay P. Mykytiuk

        DC Bar No.: 976596
        Scrofano Law, PC
        406 5th Street NW, Suite 12
        Washington, DC 20001
        Telephone: (202) 630-1522

        Attorneys for Defendant,
        NOLAN B. COOKE