### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **VS.** § | | **21-mj-143 (RMM)** |
| § | | |
| **NOLAN B. COOKE** § | | |

### AGREED REQUEST FOR STATUS CONFERENCE

**TO THE HONORABLE ROBIN M. MERIWEATHER, UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF COLUMBIA:**

NOW COMES NOLAN B. COOKE, Defendant in the above-entitled and numbered cause, by and through his undersigned Counsel, Donald H. Flanary, III., and files this Agreed Request for Status Conference in this Cause. In support thereof, Defendant would respectfully show this Honorable Court as follows:

On January 21, 2021, Defendant was arrested on a criminal complaint charging him with violations of: 18 U.S.C. § 231(a)(3) (Acts during civil disorder); 18 U.S.C. § 1752(a)(1) and (2) (Entering/Remaining on restricted building or grounds and Disorderly/disruptive conduct in or near restricted buildings or grounds), and 40 U.S.C. § 5104 (e)(2)(D) (Unlawful activities on Capitol grounds). On January 22, 2021, Defendant had his initial appearance in the Eastern District of Texas. Defendant had his initial appearance in this district on January 28, 2021. At that time, the case was set for a Preliminary Hearing on February 11, 2021. Defendant has filed a waiver of the Preliminary Hearing.

Counsel for the Defendant and Counsel for the Government, Assistant United States Attorney Jolie F. Zimmerman, have been in communication with each other regarding this case and have agreed to request that a status conference be scheduled for March 10, 2021.

1

Respectfully submitted:

Donald H. Flanary III.
Texas State Bar No. 24045877
FLANARY LAW FIRM, PLLC
214 E. Ashby Pl.
San Antonio, Texas 78212
(210) 738-8383
(210) 728-3438 [Telecopier]

By:   */s/ Donald H. Flanary, III.*
          Donald H. Flanary, III.
          Texas State Bar No. 24045877


*/s/ Jay P. Mykytiuk*
Jay P. Mykytiuk
DC Bar No.: 976596
Scrofano Law, PC
406 5th Street NW, Suite 12
Washington, DC 20001
Telephone: (202) 630-1522

Attorneys for Defendant,
NOLAN B. COOKE

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, a true and exact copy of the above and foregoing Motion was electronically sent *via* CM/ECF to Jolie F. Zimmerman, Assistant United States Attorney.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

2