IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | 21-mj-143 (RMM) |
| NOLAN B. COOKE | § § | |

## WAIVER OF SPEEDY TRIAL

TO THE HONORABLE ROBIN M. MERIWEATHER, UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF COLUMBIA:

I have been advised of my 30-day right to a speedy indictment and my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy indictment and speedy trial under the Act and consent to continuing my deadline for indictment and trial date. I understand the period of continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

Respectfully submitted:

*Nolan Cooke*                          2/8/2021

ID-rNry9WBGX4woCDKUc8bRaaAR

Defendant Nolan Cooke                  Date:

Donald H. Flanary III.
State Bar No. 24045877
FLANARY LAW FIRM, PLLC
214 E. Ashby Pl.
San Antonio, Texas 78212
(210) 738-8383
(210) 728-3438 [Telecopier]

By:   /s/ *Donald H. Flanary, III.*
        Donald H. Flanary, III.
        Texas State Bar No. 24045877

 /s/  Jay Mykytiuk_____
Jay Mykytiuk, DC Bar #976596
Scrofano Law, PC
406 5th Street, NW Suite 120
Washington, D.C. 20001
jpm@scrofanolaw.com
202-630-1522