IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § vs. § § NOLAN B. COOKE § | No. 1:21-mj-00143-RMM-1 |

**ORDER**

Upon consideration of Defendant's Amended Unopposed Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, it is this 8th day of March, 2021, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the status hearing scheduled in this matter for March 10, 2021, is continued for good cause to 12:00 p.m. on May 7, 2021 before Magistrate Judge Robin M. Meriweather; it is further

**ORDERED** that the time from March 10, 2021 through May 7, 2021 is excluded for purposes of any computation under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial because such time will afford the defense the opportunity to engage in pre-indictment plea discussions with the government and to review informal discovery; and it is further

**ORDERED** that the Unopposed Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act (ECF No. 16) is **DENIED AS MOOT**.

                                              **HONORABLE ZIA M. FARUQUI**
                                              **UNITED STATES MAGISTRATE JUDGE**